FILED

2021 JUN 10 PM 12: 02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

21 MJ 02842

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR-21-1042-TUC-JCH(DTF) |
| v. | |
| Isaac GONZALEZ-Matul | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Indictment

in the District of Arizona on May 12, 2021

at 04:59 ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about December 31, 2020

in violation of Title 8; 18 U.S.C., Section(s) 1324(a)(1)(A)(v)(I), (A)(ii), (A)(iii),(a)(1)(B)(i)

to wit: Conspiracy to Transport and Harbor Illegal Aliens for Profit; 1956(h) - Conspiracy to Commit Money Laundering

A warrant for defendant's arrest was issued by: K. Hughes, Deputy Clerk

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/10/21
　　　　　　　　Date

Signature of Agent

_____
HSI
Agency

Masood Azaran
Print Name of Agent

Special Agent
Title