FILED
2021 JUN 10 PM 12: 02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>Isaac Lucas GONZALEZ-Matul<br>USMS# _____ PLAINTIFF<br>DEFENDANT | CASE NUMBER: CR-21-1042-TUC-JCH(DTF)<br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**21MJ02842**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 06/10/2021 at _____ ☐ AM ☐ PM
   or
   The defendant was arrested in the Central District of California on 06/10/21 at 9:00 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☒ No

4. Charges under which defendant has been booked:
   8USC1324(a)(1)(A)(v)(I), (A)(ii), (A)(iii),(a)(1)(B)(i); 18USC 1956(h) Conspiracy to Transport and Harbor Ill

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☒ Yes   Language: Quiche and Spanish

7. Year of Birth: 1987

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Ninetta Smith 06/10/21 @10:20am

10. Remarks (if any): _____

11. Name: Masood Azaran   (please print)

12. Office Phone Number: 213-514-1325

13. Agency: HSI

14. Signature: _Masood_ [signature]

15. Date: 06/10/21

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION